**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7286**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

EDWIN FLORES,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:06-cr-00292-JCC-5)

Submitted:  January 15, 2009          Decided:  January 22, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edwin Flores, Appellant Pro Se.  Jonathan Leo Fahey, Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin Flores appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Flores, No. 1:06-cr-00292-JCC-5 (E.D. Va. July 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2